IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| KARLA J. SIMS, | Civil No. 04-1108-HU |
|---|---|
| vs. | |
| JO ANNE B. BARNHART,<br>Commissioner of Social Security, | ORDER |
| Defendant. | |

Upon consideration of the parties' Stipulation for Award of Attorney Fees and the Court agreeing that fees and expenses should be awarded under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, good cause having been shown, now, therefore, it is hereby

ORDERED that Plaintiff's attorney, Richard Sly is hereby awarded attorney fees of $5,974.82 under the EAJA, 28 U.S.C. § 2412.

///

///

///

ORDER - [04-1108-HU]

DATED this 31st day of August 2005.

_____
UNITED STATES MAGISTRATE JUDGE

PRESENTED BY:

KARIN J. IMMERGUT OSB # 96314
United States Attorney
District of Oregon

NEIL J. EVANS, OSB #96551
Assistant United States Attorney

s/ Carol A. Hoch
_____
CAROL A. HOCH
Special Assistant United States Attorney
of Attorneys for Defendant
(206) 615-2684

ORDER - [04-1108-HU]